

FILED

CLERK, U.S. DISTRICT COURT

FEB 20 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ rsm _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**THANH LE,**

Plaintiff,

*v.*

**CALIFORNIA STATE UNIVERSITY, NORTHRIDGE**

Defendant.

CASE NO: **2:26-CV-02167-CAS-SP**

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, RETALIATION,

## AND BREACH OF CONTRACT

### I. JURISDICTION AND VENUE

1. This action is brought pursuant to **Title IX of the Education Amendments of 1972** (20 U.S.C. § 1681), **Section 504 of the Rehabilitation Act** (29 U.S.C. § 794), and the **Americans with Disabilities Act** (42 U.S.C. § 12101).

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331. Venue is proper in the Central District of California.

### II. PARTIES

3. Plaintiff is a graduate student at California State University, Northridge (CSUN).

4. Defendants are the California State University, Northridge and CSUN employees Minassian, Lebowsky, and Schockman.

### III. STATEMENT OF FACTS

5. Plaintiff enrolled in the CSUN MPA program based on "100% Online" marketing promising flexibility for working professionals.

1

6. In October 2025, Plaintiff filed a Title IX complaint against Instructor of MPA632E **Eric Schockman**. Subsequently, University officials intentionally edited digital recordings of the incident to destroy evidence.

7. Following this protected activity, Program Chair **Henry Minassian** issued written threats to revoke Plaintiff's asynchronous access.

8. Instructor of MPA632F **Brad Lebowsky** retaliated by removing "Discussion Posts" from the grading rubric and increasing "Live Participation" to **40% of the total grade**, knowing this triggers Plaintiff's documented disability.

9. On Feb 19, 2026, the VP of Student Affairs subjected Plaintiff to an adversarial interrogation. On Feb 20, 2026, the Office of Equity and Compliance (OEC) refused to intervene, claiming they "do not administer accommodations," despite their duty to provide **Supportive Measures** under Title IX.

10. This "administrative siloing" has caused Plaintiff six weeks of compensable delay, physical illness, and severe emotional distress.

**IV. CAUSES OF ACTION**

11**. Count I: Title IX Retaliation**. Defendants took adverse actions to penalize Plaintiff for her harassment report.

12. **Count II: ADA Violations.** Defendants failed to engage in a good-faith interactive process and denied equivalent access.

13. **Count III: Breach of Contract.** Defendants fundamentally altered the "100% Online" contract terms to Plaintiff's detriment.

**V. PRAYER FOR RELIEF**

Plaintiff requests: (1) A Preliminary Injunction; (2) Compensatory damages for emotional distress, physical pain (migraines/emesis), and "trauma costs" in an amount to be proven at trial; (3) Economic damages for tuition; and (4) Costs of suit.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 20, 2026.

/s/ THANH LE

2

From: **Cai, Yi** yi.cai@csun.edu 📎 🚩
Subject: Next Step for DRES Review and Interim Accommodations-: [HELP] Professors bullying student
Date: January 26, 2026 at 6:00 PM
To: Le, Thanh thanh.le.445@my.csun.edu
Cc: Feucht-Haviar, Joyce A joyce.feucht-haviar@csun.edu, Rosenthal Dieken, Jane jane.rosenthal@csun.edu, Clayden, Jonathan S jonathan.clayden@csun.edu, Palasani-Minassians, Henrik henrik.minassians@csun.edu, Maude, Elliott elliott.maude@csun.edu, Komarraju, Meera meera.komarraju@csun.edu, Borah, Joy joy.borah@csun.edu, Watkins, William C william.watkins@csun.edu, Sanchez, Freddie freddie.sanchez@csun.edu, Ruelas-Bischoff, Shelley R shelley.ruelas@csun.edu, Marlin, Ryan ryan.marlin@csun.edu, Otaky Ramirez, Zeina zeina.ramirez@csun.edu, Lam, Gerson Omar gerson.lam@csun.edu, department, equityandcompliance equityandcompliance@csun.edu

Dear Thanh,

Hope all is well. As I was looped in the recent communications, I want to follow up to clarify the next steps. I understand that you are seeking guidance from DRES regarding supportive measures and possible accommodations for the MPA course.

Per the DRES office, if students wish to pursue disability-related accommodations, DRES **requires** students to register through their SAAS Platform and complete the required intake paperwork for the office to begin a formal review and make recommendations. At this time, DRES has confirmed that this registration step is necessary to initiate the process. Please let us know if you have any questions or need any assistance. Again this is the contact information for DRES.

While we await guidance from DRES, we'll put a temporary accommodation in place: during this interim period, you may participate asynchronously so you can continue engaging in the course without added pressure while the review is underway.

Once DRES completes its review, we'll proceed based on their guidance. If DRES recommends specific accommodations, we'll work with program faculty to ensure those accommodations are implemented appropriately. If DRES determines that accommodations are not warranted, then the MPA course participation requirements will apply going forward.

Again as mentioned in my previous email, you may also consider reaching out to University Counseling Services, which provides support to students navigating stress and anxiety. Many students find this resource helpful.

Please understand that we are here to support you and ensure you have access to appropriate campus resources. Please don't hesitate to reach out if you have any questions or need help.

All the best,

Tom

Yi "Tom" Cai
Associate Dean
The Tseng College: *Graduate, International, and Midcareer Education*
**California State University, Northridge**
18111 Nordhoff Street, Northridge, CA 91330-8362

18111 Nordhoff Street, Northridge, CA 91330-8362
Office: EU 341
Phone: (818) 677-7372
Email: yi.cai@csun.edu
http://tsengcollege.csun.edu

---

**From:** "Watkins, William C" <william.watkins@csun.edu>
**Date:** Monday, January 26, 2026 at 8:24 AM
**To:** "Le, Thanh" <thanh.le.445@my.csun.edu>, "Ruelas-Bischoff, Shelley R" <shelley.ruelas@csun.edu>, "Marlin, Ryan" <ryan.marlin@csun.edu>, "Sanchez, Freddie" <freddie.sanchez@csun.edu>, "Otaky Ramirez, Zeina" <zeina.ramirez@csun.edu>, "Lam, Gerson Omar" <gerson.lam@csun.edu>
**Cc:** "Feucht-Haviar, Joyce A" <joyce.feucht-haviar@csun.edu>, "Borah, Joy" <joy.borah@csun.edu>, "department, equityandcompliance" <equityandcompliance@csun.edu>
**Subject:** RE: [HELP] Professors bullying student

Good morning, Thanh,

W are sorry to learn about difficulties you are experiencing with your instructors.  I note that Vice Provost Joy Borah has referred your concerns to Dean Joyce Feucht-Haviar.  I am certain that someone from her staff will follow-up with you.  In addition, given your reference to actions you perceived as discriminatory, I have taken liberty to copy your email to the Office of Equity and Compliance.

Thanh, the matters of your concern are not within the scope of matters typically addressed within Student Affairs.  That said, please reach out if you would like guidance about how to file a grade appeal after your final grade in the course has been assigned.

I hope your concerns are addressed and you are able to move forward with your degree objectives.

Best,
William Watkins

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 25, 2026 10:41 PM
**To:** Watkins, William C <william.watkins@csun.edu>; Ruelas-Bischoff, Shelley R <shelley.ruelas@csun.edu>; Marlin, Ryan <ryan.marlin@csun.edu>; Sanchez, Freddie <freddie.sanchez@csun.edu>; Otaky Ramirez, Zeina <zeina.ramirez@csun.edu>; Lam, Gerson Omar <gerson.lam@csun.edu>
**Subject:** Fwd: [HELP] Professors bullying student

Hello,

FYI:

This online MPA program was advertised as 100% online and committed that it was

designed to fit professional workers.

Last semester, I couldn't participate in the first session because Zoom was down on my end. Professor Schockman proceeded to call me A GHOST and then in appropriately ask for my GENDER during class. Even though I tried to explain my situation via Zoom chat feature, this professor THREATEN to withdraw me out of this MPA program. When I contacted the Program Lead Minassian and the Associate Dean Cai about this professor harassment towards me. Professor Schockman intentionally graded one of my assignment 2/10. Once, I raised this concern to the Dean and Title IX, this professor stopped.

Then, the Academic Lead Minassian sent me multiple emails even though I already asked that I'm uncomfortable with how rude he sounded when he claimed that he won't let me do alternative assignments in lieu of missed Zoom sessions for future courses and in his email, he stated that: it is up to the student at this point if she wants to continue this program or not.

This semester, I explained to professor Lebowsky that I simply could not attend live zoom sessions because of schedule conflict and that I will rewatch recorded sessions and do writing assignments for those missed sessions. He DECLINED my request.
And stated in his email that I must choose between my job and his class.

These professors are bullying me and extremely hatred and not supportive of my education. Today, I received a grade of 3/6 for an assignment without any explanation from Lebowsky.

This ongoing unsupportive, racism and bullying has causing me trauma and sleep loss. What do you mean that I have to quit my job for classes? This is a program designed 100% online.

I don't know what to do now. All I ask for is alternative assignments in lieu of missed live sessions. Why are they making it difficult for me?
I'm not asking if I could miss classes and still get full grade for participation. I am asking for alternative assignment which they stated it in their syllabus: to watch the recorded sessions and do writing assignments.

Can someone help guiding me to the correct chain of command here and get this issued resolved?

Thank you,


Thanh Le.
Thanh.le.445@my.csun.edu


        Forwarded message

---------- Forwarded message ----------
From: **Borah, Joy** <joy.borah@csun.edu>
Date: Wed, Jan 21, 2026 at 8:51 AM
Subject: RE: [HELP] Professors bullying student
To: thanh.le.445@my.csun.edu <thanh.le.445@my.csun.edu>
CC: Feucht-Haviar, Joyce A <joyce.feucht-haviar@csun.edu>, Cai, Yi <yi.cai@csun.edu>

Hello Thanh:

Thank you for sharing your concerns.

The Provost's Office works with the appropriate college dean to address student concerns.

Accordingly, Dean Feucht-Haviar is copied here; her office will follow up with you.

I wish you all the best in the resolution of your concerns.
Joy.

*Joy Borah, Ph.D.*
Vice Provost
-
*Office of the Provost & Vice President of Academic Affairs*
**CSUN** | California State University, Northridge
18111 Nordhoff St.
Northridge, CA 91330-8200
Valera Hall 220
Tel.: 818.677.2957
joy.borah@csun.edu
www.csun.edu

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Tuesday, January 20, 2026 9:46 PM
**To:** Academic Affairs <academic.affairs@csun.edu>
**Subject:** Fwd: [HELP] Professors bullying student

Hello,

I'm experiencing a high stress and loosing sleep over the past few days after I emailing Professor Lebowsky of MPA632F informing that I can't attend the live zoom sessions but I'm willing to rewatch the sessions and doing writing assignments as alternative but he declined and told me to choose between my job and this class.

The Academic Lead/ department chair was a rude person also when in the last

semester, one of the professor inapproriately called me a ghost and asked for my gender. I called him out and the academic lead penalized me that they won't allow me to do alternative assignments for missed online classes, meaning they are forcing me to withdraw out of the program.

This is wrong, they are wrong, they are collectively bullying me and forcing me to withdraw out of this program by myself and intentionally giving me failing grades.

This program was advertised as fully online, they never mentioned that attending live zoom sessions are mandatory and if a student cannot do it, they will be withdrawn. The last semester professor even threatening to withdraw me because I couldn't turn on my audio during the first online class.

I've never had this issue during my academic years.

They are wrong on so many levels. This is also my consumer rights to know what is going on with this MPA department. If I failed and cannot get my degree on time. Will they reimburse the tuitions and fees that I've paid over the last 3 semesters?

Please help!


Thanh Le
Thanh.le.445@my.csun.edu


---------- Forwarded message ---------
From: **Le, Thanh** <thanh.le.445@my.csun.edu>
Date: Tue, Jan 20, 2026 at 9:26 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Cai, Yi <yi.cai@csun.edu>


Hello,

I already contacted the DRES office explaining my situation. However, my doctor appointment is on Thursday next week.

I didn't attend the zoom session today because of work and went home with a notification of 0 grade for virtual class.

At this point, I'm thinking that they purposefully penalized me by failing my grade.

This MPA department clearly was wrong from the last semester encounter when the professor inapproriately called me a ghost and asking for my gender. I've never received an apologize from that professor neither. He intentionally gave me lower

grade until I brought that up to you and the Title IX office.

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Mon, Jan 19, 2026 at 11:59 AM Cai, Yi <yi.cai@csun.edu> wrote:

Hi, Thanh,

Thank you for letting me know how this is affecting you, I am sorry to hear about that. Please don't worry about reaching out during the weekend, your well-being is important.

I've already contacted the Academic Lead to discuss how we can be support you while this is being reviewed. I'll follow up with you as soon as I have more clarity.

Please see the contact information for CSUN DRES Office, they can guide you on submitting a doctor's note and on any temporary or longer-term accommodations that may be appropriate.

**Disability Resources and Educational Services (DRES)**
Website: https://www.csun.edu/dres
Phone: (818) 677-2684
Email: dres@csun.edu

If you feel you need additional support right now, you may also consider reaching out to **University Counseling Services** (contact information here: https://www.csun.edu/counseling), which provides confidential support to students navigating stress and anxiety.

Please take care of yourself, and don't hesitate to reach out if things feel overwhelming or if you have questions about next steps.

Take care,


Tom

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Date:** Sunday, January 18, 2026 at 7:26 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Hi Mr. Cai,

Thank you for your quick attention to the concerns I forwarded earlier. Also, I want to sorry if I bother you during the weekend.

However, I am writing to share an update because this situation is now affecting my health and ability to function academically.

This ongoing matter involving last semester's professor, the email chains I have received from the program's Academic Lead that I perceive as harassment, and my encounter this afternoon with Professor Lebowsky have significantly increased my anxiety. After receiving Professor Lebowsky's email, I experienced a noticeable stress response, including brain fog and increased blood pressure symptoms. Because of this, I am now having to schedule an appointment with my doctor to be evaluated and to obtain medical documentation if appropriate.

Could you please provide me with the correct email address (and/or the appropriate contact person) for the Student Accessibility/Disability Services office so I can submit a doctor's note and request accommodations? I want to follow the proper process and make sure any documentation goes to the correct office.

In the meantime, if there is an interim step you recommend to protect my academic standing while this is being reviewed (especially given the significant participation component of the course), I would appreciate your guidance.

Thank you again for your support.


Sincerely,

Thanh Le.





On Sun, Jan 18, 2026 at 6:32 PM Cai, Yi <yi.cai@csun.edu> wrote:

> Good evening Thanh,
>
>
> Hope all is well. I am sorry to hear about your concerns with the class. Please allow me to look into this and connect with the Academic Lead and the professor and see how we can support.
>
>
> Will be in touch soon.
>
>
> Take care,

Take care,

Tom

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Date:** Sunday, January 18, 2026 at 1:45 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Fwd: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Good afternoon Mr. Cai,

This is related to what I had discussed with you last semester about my concern of a professor retaliation against me by not allowing me to do alternative assignments to make up points.

Even though, I have discussed in a nice way with professor Lebowsky, he seemed not understanding. In his syllabus, he clearly stated doing alternative assignments for missed zoom meetings. I attached his syllabus here.

By this retaliation, they are clearly forcing me to drop out of this program. I have already paid tuition and fees over the last 3 semesters.

Please help me on this matter.

Thank you,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

---------- Forwarded message ---------
From: **Lebowsky, Brad S** <brad.lebowsky@csun.edu>
Date: Sun, Jan 18, 2026 at 1:35 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Le, Thanh <thanh.le.445@my.csun.edu>

I realize we all have to work and you want to do your best but if I make an exception for you, I must make it for everyone. Therefore, my curriculum and grading policy stands. You should also realize that you will not learn from this class without live participation. You're making an investment with your education, I suggest you get the most out of it by finding classes that fit your work schedule.

Brad Lebowsky, MBA

Faculty

**Master of Public Administration Program**

California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu

Error! Filename not specified.

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:29:24 PM

**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

I understand your way of grading. But, the meeting schedule is really conflict with my work schedule. Is there any possible way for me to make up those participation points?

Please let me know.

Thanks

Thanks,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Sun, Jan 18, 2026 at 1:25 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> The virtual form is the classroom not anywhere else. I call on all students to respond live, therefore not being in class means no points.
>
> Brad Lebowsky, MBA
>
> Faculty
>
> **Master of Public Administration Program**
>
> California State University Northridge
>
> 18111 Nordhoff Street
>
> Northridge, CA  91330-8256
>
> T: 503-490-0930
>
> E: Brad.Lebowsky@csun.edu
>
> Error! Filename not specified.

---

> **From:** Le, Thanh <thanh.le.445@my.csun.edu>
> **Sent:** Sunday, January 18, 2026 1:23:15 PM
> **To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
> **Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
>
> Hi professor,
>
> Thank your for your fast reply.
>
> For weekly meeting, I'll watch the Virtual Classroom recording and post my comment in the Virtual Classroom forum for participation points per the syllabus guideline.

I already picked topic 5 for classroom presentation. I'll try my best to attend that week. But if not, could I do a pre-recorded presentation and you can stream it to the class?

Thank you,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Sun, Jan 18, 2026 at 1:15 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> Hi Thanh,
>
> Per the syllabus, participation is a third of your grade. The classroom presentation is another large portion of your grade. If you cannot participate in our lives Zoom sessions, I am not sure you will pass the class.
>
> Brad Lebowsky, MBA
>
> Faculty
>
> **Master of Public Administration Program**
>
> California State University Northridge
>
> 18111 Nordhoff Street
>
> Northridge, CA  91330-8256
>
> T: 503-490-0930
>
> E: Brad.Lebowsky@csun.edu





**From:** Thanh Le <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:04:13 PM
**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** MPA 632F — Unable to Attend Live Evening Zoom Sessions

Dear Professor Lebowsky,

I hope you are doing well. I'm writing to let you know that, due to my current work schedule, I am unable to attend the live evening Zoom sessions because my shift conflicts with the class meeting time.

Even though I cannot be present live, I want to reassure you that I will remain fully engaged in the course. I will watch the recorded sessions each week, complete the Virtual Classroom forum requirements, and submit all assignments on time in accordance with the syllabus and course expectations.

Thank you for your understanding.

Sincerely,

Thanh Le

MPA 632F

**From:** Le, Thanh  thanh.le.445@my.csun.edu
**Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations
**Date:** February 1, 2026 at 2:12 PM
**To:** Cai, Yi  yi.cai@csun.edu

Did they refuse to grade my alternative assignments for missed classes?

I need an answer ASAP. It is clear that instructor Lebowky is not doing his job, not giving feedbacks to students assignments.

I want my grade fixed and accommodation for participation.

Stop messing up my mental health.

I'll lawyer up and get every single dollars that I've paid for this program back.

On Sun, Feb 1, 2026 at 1:41 PM Cai, Yi <yi.cai@csun.edu> wrote:

Hi, Thanh,

Hope all is well. I have already contacted with the Academic Lead, he has been in communication with the instructor. I'd suggest you also reach out to the instructor to update your DRES status.

Take care,

Tom

Get Outlook for Android

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, February 1, 2026 8:06:08 AM

**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations

Hello,

I still not saw he graded my participation for the last 2 sessions. It is still showing 0.

He again graded my second case study assignment 3 points over 6 without any feedback.



## Overdue Assignments ^

 **Welcome Video / Initial Assignment**
Due Jan 19, 2026 at 11:59 PM
4 / 4 | ✓ Graded

 **Case Study Assignment #1**
Due Jan 24, 2026 at 11:59 PM
3 / 6 | ✓ Graded

 **Case Study Assignment #2**
Due Yesterday at 11:59 PM
3 / 6 | ✓ Graded

## Upcoming Assignments ^

 **Case Study Assignment #3**
Due Feb 7, 2026 at 11:59 PM
- / 6 | ⊘ Not Submitted

 **Case Study Assignment #4**
Due Feb 14, 2026 at 11:59 PM
- / 6 | ⊘ Not Submitted

 Case Study Assignment #5

 Dashboard    Calendar    To-do ①    Notifications    Inbox

I'll have a meeting with the Equity and Compliance office because this is retaliation.

Thank you,

Thanh Le
Thanh.le.445@my.csun.edu

On Fri, Jan 30, 2026 at 1:16 PM Le, Thanh <thanh.le.445@my.csun.edu> wrote:

 CALIFORNIA STATE UNIVERSITY     Le, Thanh - Logout



NORTHRIDGE

**Student Information for Le, Thanh**

**User Profile for Le, Thanh**

**First Name:** Thanh
**Last Name:** Le
**Email:** thanh.le.445@my.csun.edu
**Current Role:** Applicant
**CSUN User ID:** tl208329
**CSUN ID:** 203119637
**Services:** DRES

**Veteran:** No

**TOS Intake Acceptance Date:** 01/25/2026 at 10:19 PM
**Term Profile:** 2263 - GRAD - MPA-Non-Prof Sectr Mgt-Online

**Register In 5 Steps!**



| INTAKE TERMS OF SERVICE | PRELIMINARY SCREENING QUESTIONS | DETAILED STUDENT RESPONSES | SUPPORTING DOCUMENTATION | STUDENT FINAL REVIEW IN PROCESS |

**Service Request Information (Student View)**

**Date Submitted:** 01/29/2026 at 1:08 PM
**Number of Files Uploaded:** 1
**Assigned Counselor:** Pending
**Last Update:** 01/29/2026 at 1:08 PM
**Last File Upload Date:** 01/29/2026 at 1:08 PM
**Appointment Date:** Pending

**Request Status:** In Process
**Appointment Method:** Pending
**Applicant Login Status:** Pending
**Appointment Status:** Pending

Upload Documents

Need Assistance with SAAS? Contact DRES or NCOD
© 2026 CSU Northridge | v3.1.6 | Browser Support Statement

Hello,

The first zoom session of the MPA 632F was on Tuesday, 1/20/26. It usually falls on Monday but it's holiday and this professor made us attend on Tuesday night instead. I emailed him asking for watching recorded session and writing summary but he declined.

I submitted my summary either way for week 1 participation. It should be graded but he didn't and gave me a 0 grade.

The TOS intake acceptance date shown is on 1/25/26 at 10:00pm which is on Sunday. The day before the Monday class. I'll submit my writing for Week 2 session as well. The instructor of this class needs to grade it because I already raised concern about my health.

At the end of this class, I'll submit a grade appeal also because I believe this instructor is giving unfair treatment towards me.

Thank you,

Thanh Le
Thanh.le.445@my.csun.edu

On Fri, Jan 30, 2026 at 7:37 AM Cai, Yi <yi.cai@csun.edu> wrote:

> Good morning Thanh,
>
> Hope all is well. I've consulted the DRES director about your concern. Per their protocol, I'd like to reassure you that faculty members do not have access to a student's documentation or disability information; they only receive notification of approved accommodations.
>
> If you may, please keep me posted when they start the review for your request, and feel free to reach out if you have any questions.
>
> Take care,
>
> Tom
>
> Yi "Tom" Cai
>
> Associate Dean
>
> The Tseng College:  *Graduate, International, and Midcareer Education*
>
> **California State University, Northridge**
>
> 18111 Nordhoff Street, Northridge, CA 91330-8362
>
> Office: EU 341
>
> Phone: (818) 677-7372
>
> Email: yi.cai@csun.edu
>
> http://tsengcollege.csun.edu
>
> ---
>
> **From:** Le, Thanh <thanh.le.445@my.csun.edu>
> **Sent:** Thursday, January 29, 2026 1:14 PM
> **To:** Cai, Yi <yi.cai@csun.edu>
> **Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations
>
> The document I just submitted in the SAAS portal contains my private home address.
>
> Please raise this concern to the Director of DRES office.
>
> Thanks,
>
> Thanh Le

Thanh Le
Thanh.le.445@my.csun.edu

On Thu, Jan 29, 2026 at 1:10 PM Le, Thanh <thanh.le.445@my.csun.edu> wrote:

Hello,

Saas is pending assign a counselor to me.

Again, I do not consent the three involved instructors to have access to my documents.

Thanks,

Thanh Le
Thanh.le.445@my.csun.edu

On Wed, Jan 28, 2026 at 9:23 AM Cai, Yi <yi.cai@csun.edu> wrote:

Good morning Thanh,

Thanks for the update. I'll forward your concern to the Director of DRES and see how he will advise.

Take care,

Tom

Yi "Tom" Cai

Associate Dean

The Tseng College:  *Graduate, International, and Midcareer Education*

**California State University, Northridge**

18111 Nordhoff Street, Northridge, CA 91330-8362

Office: EU 341

Phone: (818) 677-7372

Email: yi.cai@csun.edu

http://tsengcollege.csun.edu

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Wednesday, January 28, 2026 9:09 AM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations

Hello

Hello,

I contacted the DRES office about my intake. They said that only the professors can view my portal and ask that I completed the release form so that you can have access to my portal.

I completed the form. However, I do not agree that the professors can have access to my DRES portal because they are the ones harassed me and have unfair treatment towards me.

Thanks,

Thanh Le
Thanh.le.445@my.csun.edu

On Tue, Jan 27, 2026 at 12:40 PM Cai, Yi <yi.cai@csun.edu> wrote:

Hi, Thanh,

Thanks for the update. Please keep me posted once the document intake is completed and DRES initiates the formal process. I'll coordinate the next steps, including the proposed temporary accommodation.

All the best,

Tom

Yi "Tom" Cai

Associate Dean

The Tseng College: *Graduate, International, and Midcareer Education*

**California State University, Northridge**

18111 Nordhoff Street, Northridge, CA 91330-8362

Office: EU 341

Phone: (818) 677-7372

Email: yi.cai@csun.edu

http://tsengcollege.csun.edu

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Tuesday, January 27, 2026 12:16 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations

Hello,

I just completed the DRES intake. However, my doctor appointment is on Thursday. I'll submit supporting documents after my appointment.

Thanks,

Thanh Le

On Tue, Jan 27, 2026 at 11:31 AM Cai, Yi <yi.cai@csun.edu> wrote:

Dear Thanh,

Thank you for your message. I want to reiterate that we are here to support you. Please understand that the way to ensure full CSUN consideration and support of your health and wellbeing is to have the university's expert professionals review your concerns and determine what accommodations or supportive measures are appropriate.

For your concerns of the impact of course participation, that process begins with DRES. As noted previously, to initiate DRES formal review and recommendation, you'll need to register through their SAAS Platform and complete the intake paperwork.

I also want to ensure you are connected with the Office of Equity and Compliance. You may contact them directly, and I'll also make sure they are made aware of your message so they can follow up as appropriate.

I want to help route your concerns to the offices best equipped to review them thoroughly. Please feel free to let me know if you have any questions or need any assistance.

All the best,

Tom

Yi "Tom" Cai

Associate Dean

The Tseng College:  *Graduate, International, and Midcareer Education*

**California State University, Northridge**

18111 Nordhoff Street, Northridge, CA 91330-8362

Office: EU 341

Phone: (818) 677-7372

Email: yi.cai@csun.edu

http://tsengcollege.csun.edu

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Tuesday, January 27, 2026 9:24 AM
**To:** Cai, Yi <yi.cai@csun.edu>
**Cc:** Feucht-Haviar, Joyce A <joyce.feucht-haviar@csun.edu>; Rosenthal Dieken, Jane <jane.rosenthal@csun.edu>; Clayden, Jonathan S <jonathan.clayden@csun.edu>; Palasani-Minassians, Henrik <henrik.minassians@csun.edu>; Maude, Elliott <elliott.maude@csun.edu>; Komarraju, Meera <meera.komarraju@csun.edu>; Borah, Joy

<joy.borah@csun.edu>; Watkins, William C <william.watkins@csun.edu>; Sanchez, Freddie <freddie.sanchez@csun.edu>; Ruelas-Bischoff, Shelley R <shelley.ruelas@csun.edu>; Marlin, Ryan <ryan.marlin@csun.edu>; Otaky Ramirez, Zeina <zeina.ramirez@csun.edu>; Lam, Gerson Omar <gerson.lam@csun.edu>; department, equityandcompliance <equityandcompliance@csun.edu>
**Subject:** Re: Clarification on interim accommodation - Re: Next Step for DRES Review and Interim Accommodations

Thank you for the clarification.

Also, I want to let everyone in this email know that this is a serious matter about the way I have been treated by members of this department. The conduct I have experienced has been deeply distressing, and the lack of empathy and accountability from the department has made this situation worse.

To date, I have not received a single apology or acknowledgment from the instructors involved for the harm their actions have caused. I am not paying tuition to be humiliated or to endure treatment that I experience as racism, harassment, and bullying.

Instructors are expected to support students' education and uphold professional standards, not use authority in ways that intimidate students or create fear through threats and coercive behavior. What I have experienced has undermined my ability to participate and learn in a normal educational environment.

I am requesting that the department take this matter seriously and take immediate steps to review what has occurred, address instructor conduct, and ensure that students are treated with professionalism and respect going forward.

Thanks,

Thanh Le.

On Mon, Jan 26, 2026 at 8:14 PM Cai, Yi <yi.cai@csun.edu> wrote:

Dear Thanh,

Good evening. I am writing to follow up on my earlier message to provide a brief clarification.

Please understand that the temporary accommodation (asynchronous participation) I mentioned is contingent upon your formal initiation of the DRES process, it is intended to apply while DRES has begun its review of your request for accommodations.

Therefore, please kindly keep me informed once the step of platform registration and paperwork intake is completed and DRES has confirmed intake, so that I can ensure we all are aligned when the review is underway.

As always, please do not hesitate to reach out if you have any questions or need assistance in the process. We are here to coordinate and support you.

All the best,

Tom

**From:** Cai, Yi
**Sent:** Monday, January 26, 2026 6:00:23 PM

**To:** Le, Thanh <thanh.le.445@my.csun.edu>
**Cc:** Feucht-Haviar, Joyce A <joyce.feucht-haviar@csun.edu>; Rosenthal Dieken, Jane <jane.rosenthal@csun.edu>; Clayden, Jonathan S <jonathan.clayden@csun.edu>; Palasani-Minassians, Henrik <henrik.minassians@csun.edu>; Maude, Elliott <elliott.maude@csun.edu>; Komarraju, Meera <meera.komarraju@csun.edu>; Borah, Joy <joy.borah@csun.edu>; Watkins, William C <william.watkins@csun.edu>; Sanchez, Freddie <freddie.sanchez@csun.edu>; Ruelas-Bischoff, Shelley R <shelley.ruelas@csun.edu>; Marlin, Ryan <ryan.marlin@csun.edu>; Otaky Ramirez, Zeina <zeina.ramirez@csun.edu>; Lam, Gerson Omar <gerson.lam@csun.edu>; department, equityandcompliance <equityandcompliance@csun.edu>
**Subject:** Next Step for DRES Review and Interim Accommodations-: [HELP] Professors bullying student

Dear Thanh,

Hope all is well. As I was looped in the recent communications, I want to follow up to clarify the next steps. I understand that you are seeking guidance from DRES regarding supportive measures and possible accommodations for the MPA course.

Per the DRES office, if students wish to pursue disability-related accommodations, DRES **requires** students to register through their SAAS Platform and complete the required intake paperwork for the office to begin a formal review and make recommendations. At this time, DRES has confirmed that this registration step is necessary to initiate the process. Please let us know if you have any questions or need any assistance. Again this is the contact information for DRES.

While we await guidance from DRES, we'll put a temporary accommodation in place: during this interim period, you may participate asynchronously so you can continue engaging in the course without added pressure while the review is underway.

Once DRES completes its review, we'll proceed based on their guidance. If DRES recommends specific accommodations, we'll work with program faculty to ensure those accommodations are implemented appropriately. If DRES determines that accommodations are not warranted, then the MPA course participation requirements will apply going forward.

Again as mentioned in my previous email, you may also consider reaching out to University Counseling Services, which provides support to students navigating stress and anxiety. Many students find this resource helpful.

Please understand that we are here to support you and ensure you have access to appropriate campus resources. Please don't hesitate to reach out if you have any questions or need help.

All the best,

Tom

Yi "Tom" Cai

Associate Dean

The Tseng College:  *Graduate, International, and Midcareer Education*

**California State University, Northridge**

18111 Nordhoff Street, Northridge, CA 91330-8362

18111 Nordhoff Street, Northridge, CA 91330-8302

Office: EU 341

Phone: (818) 677-7372

Email: yi.cai@csun.edu

http://tsengcollege.csun.edu

---

**From:** "Watkins, William C" <william.watkins@csun.edu>
**Date:** Monday, January 26, 2026 at 8:24 AM
**To:** "Le, Thanh" <thanh.le.445@my.csun.edu>, "Ruelas-Bischoff, Shelley R" <shelley.ruelas@csun.edu>, "Marlin, Ryan" <ryan.marlin@csun.edu>, "Sanchez, Freddie" <freddie.sanchez@csun.edu>, "Otaky Ramirez, Zeina" <zeina.ramirez@csun.edu>, "Lam, Gerson Omar" <gerson.lam@csun.edu>
**Cc:** "Feucht-Haviar, Joyce A" <joyce.feucht-haviar@csun.edu>, "Borah, Joy" <joy.borah@csun.edu>, "department, equityandcompliance" <equityandcompliance@csun.edu>
**Subject:** RE: [HELP] Professors bullying student

Good morning, Thanh,

W are sorry to learn about difficulties you are experiencing with your instructors. I note that Vice Provost Joy Borah has referred your concerns to Dean Joyce Feucht-Haviar. I am certain that someone from her staff will follow-up with you. In addition, given your reference to actions you perceived as discriminatory, I have taken liberty to copy your email to the Office of Equity and Compliance.

Thanh, the matters of your concern are not within the scope of matters typically addressed within Student Affairs. That said, please reach out if you would like guidance about how to file a grade appeal after your final grade in the course has been assigned.

I hope your concerns are addressed and you are able to move forward with your degree objectives.

Best,

William Watkins

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 25, 2026 10:41 PM
**To:** Watkins, William C <william.watkins@csun.edu>; Ruelas-Bischoff, Shelley R <shelley.ruelas@csun.edu>; Marlin, Ryan <ryan.marlin@csun.edu>; Sanchez, Freddie <freddie.sanchez@csun.edu>; Otaky Ramirez, Zeina <zeina.ramirez@csun.edu>; Lam, Gerson Omar <gerson.lam@csun.edu>
**Subject:** Fwd: [HELP] Professors bullying student

Hello,

FYI:

This online MPA program was advertised as 100% online and committed that it was designed to fit professional workers.

Last semester, I couldn't participate in the first session because Zoom was down on my end. Professor Schockman proceeded to call me A GHOST and then in appropriately ask for my GENDER during class. Even though I tried to explain my situation via Zoom chat feature, this professor THREATEN to withdraw me out of this

MPA program. When I contacted the Program Lead Minassian and the Associate Dean Cai about this professor harassment towards me. Professor Schockman intentionally graded one of my assignment 2/10. Once, I raised this concern to the Dean and Title IX, this professor stopped.

Then, the Academic Lead Minassian sent me multiple emails even though I already asked that I'm uncomfortable with how rude he sounded when he claimed that he won't let me do alternative assignments in lieu of missed Zoom sessions for future courses and in his email, he stated that: it is up to the student at this point if she wants to continue this program or not.

This semester, I explained to professor Lebowsky that I simply could not attend live zoom sessions because of schedule conflict and that I will rewatch recorded sessions and do writing assignments for those missed sessions. He DECLINED my request.

And stated in his email that I must choose between my job and his class.

These professors are bullying me and extremely hatred and not supportive of my education. Today, I received a grade of 3/6 for an assignment without any explanation from Lebowsky.

This ongoing unsupportive, racism and bullying has causing me trauma and sleep loss. What do you mean that I have to quit my job for classes? This is a program designed 100% online.

I don't know what to do now. All I ask for is alternative assignments in lieu of missed live sessions. Why are they making it difficult for me?

I'm not asking if I could miss classes and still get full grade for participation. I am asking for alternative assignment which they stated it in their syllabus: to watch the recorded sessions and do writing assignments.

Can someone help guiding me to the correct chain of command here and get this issued resolved?

Thank you,

Thanh Le.
Thanh.le.445@my.csun.edu

–––––––– Forwarded message –––––––
From: **Borah, Joy** <joy.borah@csun.edu>
Date: Wed, Jan 21, 2026 at 8:51 AM
Subject: RE: [HELP] Professors bullying student
To: thanh.le.445@my.csun.edu <thanh.le.445@my.csun.edu>
CC: Feucht-Haviar, Joyce A <joyce.feucht-haviar@csun.edu>, Cai, Yi <yi.cai@csun.edu>

Hello Thanh:

Thank you for sharing your concerns.

The Provost's Office works with the appropriate college dean to address student concerns.

Accordingly, Dean Feucht-Haviar is copied here; her office will follow up with you.

I wish you all the best in the resolution of your concerns.

Joy.

*Joy Borah, Ph.D.*

Vice Provost

‌

*Office of the Provost & Vice President of Academic Affairs*

**CSUN** | California State University, Northridge

18111 Nordhoff St.

Northridge, CA 91330-8200

Valera Hall 220

Tel.: 818.677.2957

joy.borah@csun.edu

www.csun.edu

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Tuesday, January 20, 2026 9:46 PM
**To:** Academic Affairs <academic.affairs@csun.edu>
**Subject:** Fwd: [HELP] Professors bullying student

Hello,

I'm experiencing a high stress and loosing sleep over the past few days after I emailing Professor Lebowsky of MPA632F informing that I can't attend the live zoom sessions but I'm willing to rewatch the sessions and doing writing assignments as alternative but he declined and told me to choose between my job and this class.

The Academic Lead/ department chair was a rude person also when in the last semester, one of the professor inapproriately called me a ghost and asked for my gender. I called him out and the academic lead penalized me that they won't allow me to do alternative assignments for missed online classes, meaning they are forcing me to withdraw out of the program.

This is wrong, they are wrong, they are collectively bullying me and forcing me to withdraw out of this program by myself and intentionally giving me failing grades.

This program was advertised as fully online, they never mentioned that attending live zoom sessions are mandatory and if a student cannot do it, they will be withdrawn. The last semester professor even threatening to withdraw me because I couldn't turn on my audio during the first online class.

I've never had this issue during my academic years.

They are wrong on so many levels. This is also my consumer rights to know what is going on with this MPA department. If I failed and cannot get my degree on time. Will they reimburse the tuitions and fees that I've paid over the last 3 semesters?

Please help!

Thanh Le
Thanh.le.445@my.csun.edu

–––––––– Forwarded message ––––––––
From: **Le, Thanh** <thanh.le.445@my.csun.edu>
Date: Tue, Jan 20, 2026 at 9:26 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Cai, Yi <yi.cai@csun.edu>

Hello,

I already contacted the DRES office explaining my situation. However, my doctor appointment is on Thursday next week.

I didn't attend the zoom session today because of work and went home with a notification of 0 grade for virtual class.

At this point, I'm thinking that they purposefully penalized me by failing my grade.

This MPA department clearly was wrong from the last semester encounter when the professor inappropriately called me a ghost and asking for my gender. I've never received an apologize from that professor neither. He intentionally gave me lower grade until I brought that up to you and the Title IX office.

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Mon, Jan 19, 2026 at 11:59 AM Cai, Yi <yi.cai@csun.edu> wrote:

> Hi, Thanh,
>
> Thank you for letting me know how this is affecting you, I am sorry to hear about that. Please don't worry about reaching out during the weekend, your well-being is important.
>
> I've already contacted the Academic Lead to discuss how we can be support you while this is being reviewed. I'll follow up with you as soon as I have more clarity.
>
> Please see the contact information for CSUN DRES Office, they can guide you on submitting a doctor's note and on any temporary or longer-term accommodations that may be appropriate.
>
> **Disability Resources and Educational Services (DRES)**

Website: https://www.csun.edu/dres
Phone: (818) 677-2684
Email: dres@csun.edu

If you feel you need additional support right now, you may also consider reaching out to **University Counseling Services** (contact information here: https://www.csun.edu/counseling), which provides confidential support to students navigating stress and anxiety.

Please take care of yourself, and don't hesitate to reach out if things feel overwhelming or if you have questions about next steps.

Take care,

Tom

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Date:** Sunday, January 18, 2026 at 7:26 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Hi Mr. Cai,

Thank you for your quick attention to the concerns I forwarded earlier. Also, I want to sorry if I bother you during the weekend.

However, I am writing to share an update because this situation is now affecting my health and ability to function academically.

This ongoing matter involving last semester's professor, the email chains I have received from the program's Academic Lead that I perceive as harassment, and my encounter this afternoon with Professor Lebowsky have significantly increased my anxiety. After receiving Professor Lebowsky's email, I experienced a noticeable stress response, including brain fog and increased blood pressure symptoms. Because of this, I am now having to schedule an appointment with my doctor to be evaluated and to obtain medical documentation if appropriate.

Could you please provide me with the correct email address (and/or the appropriate contact person) for the Student Accessibility/Disability Services office so I can submit a doctor's note and request accommodations? I want to follow the proper process and make sure any documentation goes to the correct office.

In the meantime, if there is an interim step you recommend to protect my academic standing while this is being reviewed (especially given the significant participation component of the course), I would appreciate your guidance.

Thank you again for your support.

Sincerely,

Thanh Le.

On Sun, Jan 18, 2026 at 6:32 PM Cai, Yi <yi.cai@csun.edu> wrote:

> Good evening Thanh,

Hope all is well. I am sorry to hear about your concerns with the class. Please allow me to look into this and connect with the Academic Lead and the professor and see how we can support.

Will be in touch soon.

Take care,

Tom

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Date:** Sunday, January 18, 2026 at 1:45 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Fwd: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Good afternoon Mr. Cai,

This is related to what I had discussed with you last semester about my concern of a professor retaliation against me by not allowing me to do alternative assignments to make up points.

Even though, I have discussed in a nice way with professor Lebowsky, he seemed not understanding. In his syllabus, he clearly stated doing alternative assignments for missed zoom meetings. I attached his syllabus here.

By this retaliation, they are clearly forcing me to drop out of this program. I have already paid tuition and fees over the last 3 semesters.

Please help me on this matter.

Thank you,

Thanh Le
CSU Northridge

CSU-Northridge
Thanh.le.445@my.csun.edu

---------- Forwarded message ---------
From: **Lebowsky, Brad S** <brad.lebowsky@csun.edu>
Date: Sun, Jan 18, 2026 at 1:35 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Le, Thanh <thanh.le.445@my.csun.edu>

I realize we all have to work and you want to do your best but if I make an exception for you, I must make it for everyone. Therefore, my curriculum and grading policy stands. You should also realize that you will not learn from this class without live participation. You're making an investment with your education, I suggest you get the most out of it by finding classes that fit your work schedule.

Brad Lebowsky, MBA

Faculty

**Master of Public Administration Program**

California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu

Error! Filename not specified.

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:29:24 PM

**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

I understand your way of grading. But, the meeting schedule is really conflict with my work schedule. Is there any possible way for me to make up those participation points?

Please let me know.

Thanks,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

thanh.le.445@my.csun.edu

On Sun, Jan 18, 2026 at 1:25 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> The virtual form is the classroom not anywhere else. I call on all students to respond live, therefore not being in class means no points.
>
> Brad Lebowsky, MBA
>
> Faculty
>
> **Master of Public Administration Program**
>
> California State University Northridge
>
> 18111 Nordhoff Street
>
> Northridge, CA  91330-8256
>
> T: 503-490-0930
>
> E: Brad.Lebowsky@csun.edu
>
> Error! Filename not specified.

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:23:15 PM
**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Hi professor,

Thank your for your fast reply.

For weekly meeting, I'll watch the Virtual Classroom recording and post my comment in the Virtual Classroom forum for participation points per the syllabus guideline.

I already picked topic 5 for classroom presentation. I'll try my best to attend that week. But if not, could I do a pre-recorded presentation and you can stream it to the class?

Thank you,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

Thanh.le.445@my.csun.edu

On Sun, Jan 18, 2026 at 1:15 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

Hi Thanh,

Per the syllabus, participation is a third of your grade. The classroom presentation is another large portion of your grade. If you cannot participate in our lives Zoom sessions, I am not sure you will pass the class.

Brad Lebowsky, MBA

Faculty

**Master of Public Administration Program**

California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu



**From:** Thanh Le <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:04:13 PM
**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** MPA 632F — Unable to Attend Live Evening Zoom Sessions

Dear Professor Lebowsky,

I hope you are doing well. I'm writing to let you know that, due to my current work schedule, I am unable to attend the live evening Zoom sessions because my shift conflicts with the class meeting time.

Even though I cannot be present live, I want to reassure you that I will remain fully engaged in the course. I will watch the recorded sessions each week, complete the Virtual Classroom forum requirements, and submit all assignments on time in accordance with the syllabus and course expectations.

 Thank you for your understanding.

Sincerely,

Thanh Le

MPA 632F

**From:** **Le, Thanh** thanh.le.445@my.csun.edu 🚩
**Subject:** Formal Complaint and Request for Policy Clarification — Zoom Incident in MPA 632E (10/20/2025)
**Date:** October 20, 2025 at 9:39 PM
**To:** joyce.feucht-haviar@csun.edu
**Cc:** Maude , Elliott elliott.maude@csun.edu

Dear Dean Joyce Feucht-Haviar,

I am writing to formally report and seek guidance regarding an incident that occurred during today's Zoom session for MPA 632E: STRATEGIC PLANNING, NEEDS ASSESSMENT AND PROGRAM DESIGN with Professor Schockman.

Summary of today's incident:

- I experienced significant connection and audio problems during class. I rejoined the Zoom meeting multiple times and, when my microphone would not function, I participated via the Zoom chat to remain engaged.

- My understanding is that there were broader service disruptions (AWS) reported today, which may have contributed to these issues.

- During the session, the professor first suggested I buy a new computer. He then stated that if I did not resolve the issue by next class, he would contact program administration to withdraw me from the program, and he referred to me as a "ghost."

- I was also singled out and asked my gender because my name did not make it clear to him.

- The session is recorded; I believe the recording and chat transcript will reflect these interactions and my attempts to participate in good faith.

Why I'm elevating this

1. Proportionality & due process: In my academic experience, this is the first time I have heard a professor threaten program-level withdrawal over a one-time technical issue, particularly during a reported platform outage. My understanding is that program removal is an administrative decision that follows established policies and due-process (notice, documented grounds, and an opportunity to respond), distinct from a faculty member's authority within a single course.

2. Professional tone: Being called a "ghost" while I was actively participating via chat felt discouraging and unprofessional.

3. Inclusive practice: Asking me alone to disclose my gender because my name was unclear made me uncomfortable.

My requests to your office:

- Recognition of participation: **Please confirm** that my attendance and good-faith participation on October 20, 2025 will be recognized and that I will not be penalized for a platform-related technical failure.

- Policy clarification: **Please clarify** whether a faculty member can initiate or recommend program-level withdrawal for a single, documented tech issue, and outline the applicable due-process steps for any such action.

- Interim accommodations: **Please advise** approved alternatives if audio issues recur (e.g., use of chat, or submitting a brief reflection after class).

- Standards of communication & inclusivity: If appropriate, **please remind** instructional staff to maintain professional, respectful communication during technical disruptions and to use inclusive, class-wide methods (e.g., preferred name/pronoun forms) rather than individual questioning.

- Review of evidence: I consent to a review of the class recording and chat transcript and can provide screenshots and Zoom logs documenting my connection attempts today.

I value this program and am fully committed to meeting participation expectations. I appreciate your help to ensure that unavoidable, documented technical disruptions—and the way they are addressed—do not jeopardize my standing in the program.

Thank you for your attention to this matter. I am available for a brief meeting if helpful.

Sincerely,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

**From:** **Le, Thanh** thanh.le.445@my.csun.edu
**Subject:** Re: We're here to support you regarding the 10/20 MPA 632E session
**Date:** October 21, 2025 at 5:57 PM
**To:** Cai, Yi yi.cai@csun.edu

Dear Associate Dean Cai,

Thank you for your supportive note and for confirming that I will not be penalized for the 10/20 session or withdrawn from the course or program. I also appreciate your outreach to the Office of Equity and Compliance and the offer to connect me with Distance Learning resources.

Because of a Return-to-Office mandate, I'm being required to be commuting approximately three hours one way on Mondays, Tuesdays and Wednesdays for work in the coming weeks. This work schedule is already the most generous offer that the department could grant to me. Balancing this schedule with coursework is challenging, and even if I fully resolve any Zoom issues, attending Professor Schockman's live sessions will not be feasible or ideal for my mental health. Again, this is the first time I encounter a threat from a professor.

Accordingly, I request written confirmation that, for the remainder of the term, I can participate asynchronously per the syllabus by:

- Watching each official class recording, and

- Submitting the written summary for each session by the stated deadline.

Please also confirm that there will be **no penalty or retaliation** for proceeding with this good-faith, syllabus-aligned plan.

I remain committed to the course and will continue meeting all requirements. I have no problem with having a brief phone conversation with you. However, to protect my rights under this situation, I'm happy to continue this conversation via email only.

Warmly,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Tue, Oct 21, 2025 at 5:11 PM Cai, Yi <yi.cai@csun.edu> wrote:

> Dear Thanh,
>
> My name is Tom Cai, newly joined in Tseng College as the Associated Dean. Nice e-meet you. I've been looped in the conversation regarding your MPA 632E 10/20 class session. I am sorry to hear about the concerns and frustrations you described in the email, and I want you know we are here to support you.
>
> To reassure you up front, you will NOT be penalized for the 10/20 class, and you will NOT be withdrawn from the course or the program as a result of that session.
>
> As we gather additional context and perspectives, I also want to let you know that because your concerns include a protected category, I am required to notify CSUN's Office of Equity and Compliance to seek their guidance and supportive measures. Their office staff will likely reach out to you to offer options and support.
>
> Please also be reassured that our Tseng Distance Learning team is committed to helping students navigating technology issues. If you need assistance, please feel free to let me know and I'll connect you directly with our DL resources. Please see the attached file for a quick reference.
>
> If you are willing, I'd welcome and appreciate a Zoom conversation to ensure you have what you need and to answer any questions. I am here to help.
>
> Warmly,

Tom

Yi "Tom" Cai

Associate Dean

The Tseng College:  *Graduate, International, and Midcareer Education*

**California State University, Northridge**

18111 Nordhoff Street, Northridge, CA 91330-8362

Office: EU 341

Phone: (818) 677-7372

Email: yi.cai@csun.edu

http://tsengcollege.csun.edu

**MPA 632E - Syllabus - Cohort 252 - Fall 2024 -Schockman - v.3.pdf**

**From:** **department, equityandcompliance** equityandcompliance@csun.edu 🚩
**Subject:** Information You May Find Useful - Office of Equity and Compliance
**Date:** October 22, 2025 at 3:57 PM
**To:** thanh.le.445@my.csun.edu

---

Dear Thanh,

I am contacting you in my capacity as Case Manager for the Office of Equity and Compliance. Our office, led by La Shonda Coleman, CSUN's Title IX Coordinator and DHR Administrator, upholds our University's commitment to maintaining a safe and inclusive educational environment free of discrimination, harassment, and retaliation. To that same end, we review and investigate matters pertaining to Title IX that include discrimination and harassment.

It was brought to our offices' attention that you have some concerns. Please know that the University doesn't take these matters lightly. To assist with your safety and well-being, as well as of the campus community, I would like to schedule a Zoom meeting for you to speak with a representative from our office. They will caringly discuss your concerns and guide you with any on-campus and off-campus resources you may need regarding this matter. Please note that you are welcome to have a support person of your choice attend the Zoom meeting with you, and any future meetings with our office.

**Scheduling: <u>Use this Intake Meeting link</u> to schedule a time to meet with an intake consultant with the Office of Equity and Compliance. Our consultants are external partners of California State University Northridge and work for a consulting group called INCompliance. You are welcome to bring an advisor or support person of your choosing to this meeting. You may enter their email address in the "additional guests" section of the form to ensure they receive a calendar invite. Once scheduled, you will receive a separate email containing a Zoom link as confirmation.**

Additionally, please also know you don't have to file a formal complaint for us to help arrange reasonable supportive measures for you, which may include academic modifications, referrals for counseling or assistance with emergency housing, among other possible supportive measures.

I have included some resources and additional information below in case it is useful for you:

*On-Campus Safety Resources:*

**<u>CSUN Department of Police Services</u>**
We urge you to contact the CSUN Department of Police Services (DPS) by phone (or in-person if needed) if you have any immediate safety concerns. You have the right to, but are not required to, report to law enforcement any allegations that could constitute criminal behavior. You can contact DPS by phone, either by dialing 911 or (818) 677-2111 if you have any safety concerns or wish to make a report.

**<u>Matador Patrol - Call Us For a Safety Escort</u>**
Matador Patrol provides free personal safety escorts for students, faculty ,staff, and visitors from Monday-Thursday from 7:00 p.m. to 10:30 p.m. during the Fall and

visitors from Monday-Thursday from 7:00 p.m. to 10:30 p.m. during the Fall and Spring semesters. You can request a safety escort by calling 818-677-5042 or 818-677-5048. *NOTE: If Matador Patrol is not in service or not available, call the CSUN Department of Police Services at (818) 677-2111 for a safety escort. A police officer is available after 10:30 p.m. and all other times when the Matador Patrol is not on duty.*

**Emergency Blue Light Phones**

Emergency blue light phones and TTY call boxes are located throughout campus. You may find a map at bluelights.pdf (csun.edu)

*On-Campus Support Resources:*

**University Counseling Services**
University Counseling Services are also made available to you while you are a student at CSUN. UCS offers free, confidential services to students. These services have shifted all appointments to a virtual format and are providing telehealth mental health services remotely by phone and Zoom Health (video conferencing). If you are seeking counseling or psychiatry services, UCS can be reached by phone. Please call (818) 677-2366 (select Option 1) and leave a message to schedule an appointment with a counselor.

- If you are in crisis and need to speak to a counselor immediately, 24/7 crisis/urgent care services are always available by phone: Monday through Friday, 8 am – 5 pm, please call (818) 677-2366, option 1, or walk-in to our office (Bayramian Hall, 5th floor, room 520). *All other days/times, please call (818) 677-2366, option 3*.

*Community Resources:*

**Crisis Text Line:**
Crisis Text Line provides free, 24/7, high-quality text-based mental health support and crisis intervention by empowering a community of trained volunteers to support people in their moments of need. Crisis Text Line: **Text HOME to 741741**

For additional information regarding our processes, please see CSU Nondiscrimination Policy on our website at: http://www.csun.edu/oec.

The investigation process varies case by case. In all investigations, our office will gather evidence, which includes interviewing relevant witnesses and gathering documents. It is important that you preserve evidence that you believe may be relevant to your complaint. However, please know that physical or documentary evidence, such as text messages, are not necessary to reach a finding. Parties will have an opportunity to review and respond to all evidence provided to this office. After the Parties have produced all significant material, either this office or a neutral hearing officer will determine, based on the preponderance of the evidence, whether there was a violation of the University's policies.

If there is a violation, there are a variety of disciplinary actions that can be taken based on the specific facts of the violation, including training, disciplinary probation, suspension, and expulsion.

Regardless of the decision, CSUN policy strictly prohibits retaliation for making a complaint or participating in a complaint process.

Please feel free to reply to this email if you have any questions.

Thank you and we look forward to speaking with you soon.

Best Regards,

**Allison Sekuler**
**Program and Case Manager, Equity and Compliance**
Office of Equity and Compliance |
(Tel) 818-677-2077 | (Fax) 818-677-4802

CONFIDENTIALITY NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is directly addressed. It may contain information that is confidential and prohibited from disclosure. Any retransmission, dissemination or other use of the information by persons other than the intended recipient or entity is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return e- mail and delete this message, along with any attachments, from your computer.

**From:** **Le, Thanh** thanh.le.445@my.csun.edu  🖇 🚩
**Subject:** Re: MPA 632E requirement
**Date:** October 24, 2025 at 9:57 PM
**To:** Palasani-Minassians, Henrik henrik.minassians@csun.edu
**Cc:** Cai, Yi yi.cai@csun.edu, Rosenthal Dieken, Jane jane.rosenthal@csun.edu, Palasani-Minassians, Henrik henrik.minassians@csun.edu

Hi,

Thank you for approving asynchronous participation for this course. Limiting the accommodation to one class, **however, would effectively force me out despite being in good standing and completing all assignments on time.**

Your own program page advertises "Work-Friendly Scheduling" in a fully online format that provides "significant flexibility to complete course work at times and in places that fit your schedule."

https://tsengcollege.csun.edu/programs/mpa/nonprofit-sector-management

That is the commitment I relied on when enrolling. A hidden, fixed weekly live-attendance requirement across all courses contradicts those published representations.

If the program intends to require a fixed live 3 hours block each week across all courses, then I request that you promptly correct the public page and brochure to disclose that requirement, so future students can plan accordingly.

Best regard,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Fri, Oct 24, 2025 at 9:19 PM Palasani-Minassians, Henrik <henrik.minassians@csun.edu> wrote:

Greetings Thanh,

I hope this message finds you well. I wanted to inform you that I have spoken with Dr. Schockman, the Associate Dean of the Tseng College, and Dr. Jane Dieken, the Director of Distance Learning, and the instructor of record regarding your request for MPA 632E. I am pleased to inform you that we will accommodate your request to attend classes asynchronously for the duration of this course. However, to ensure fairness to the rest of the student body at CSUN, we won't be able to extend this accommodation beyond this course.

Dr. Schockman has agreed to your attending MPA 632E asynchronously. As part of this arrangement, your first assignment, which applies to all class members, is to introduce yourself. Additionally, in the later weeks, you will need to submit an oral strategic plan as outlined in the syllabus. While you are allowed to attend the class asynchronously, you must submit a pre-recorded Zoom session for the introductory session and a pre-recorded class presentation according to the schedule set by the faculty. This approach provides you with the requested flexibility while ensuring fairness to the other 25-plus students in the class. In order to submit your class requirement via zoom (without of a video) I am cc'ing Dr. Jane Rosenthal, the director of the distance learning unit. They can assist you with recording and uploading the required assignment ( assigned to all students and required by the faculty of record).

So, we have met and fulfilled the needed adjustments in order to make sure that

So, we have met and fulfilled the needed adjustments in order to make sure that you are receiving an equitable educational experience requested by you for this particular course. We have reviewed all the recordings and we want to make sure that we are completely supportive of you, as an MPA student, and we are here to support you.

Please feel free to reach out to me. Thank you for your willingness to reach out to me.


Best regards,
Henrik Palasani-Minassians

**Regards,**

**Henrik P. Minassians, Ph.D.**
- Academic Director, CSUN Master of Public Administration Program **&**
- Professor, Urban Studies and Planning/Public Administration and Policy **&**
- Academic Director, CSU5 Reconnection Los Angeles Youth Institute (ReLAY)

# California State University Northridge

18111 Nordhoff St.

Northridge, CA 91330-8259 or 8365

(818) 677-5115

https://tsengcollege.csun.edu/programs/MPA

https://www.csun.edu/social-behavioral-sciences/urban-studies-planning

https://relayinstitute.org

https://tsengcollege.csun.edu
https://relayinstitute.org




**From:** **Le, Thanh** thanh.le.445@my.csun.edu  📎 🚩
**Subject:** Privacy Protections, Access to 10/20 Recording, and Temporary Hold on Intro Video — MPA 632E
**Date:** October 25, 2025 at 2:20 PM
**To:** equityandcompliance@csun.edu
**Cc:** Palasani-Minassians, Henrik henrik.minassians@csun.edu, Cai, Yi yi.cai@csun.edu, Rosenthal Dieken, Jane jane.rosenthal@csun.edu, E.Schockman@csun.edu
**Bcc:** thanh.le.445@my.csun.edu

---

Hello,

I'm writing to (1) raise privacy concerns tied to potential future harassment in this course, (2) request access to the October 20, 2025 class recording (and chat transcript), and (3) ask for a temporary hold on the required pre-recorded introductory video while I meet with your office to finalize supportive measures.

Because my concerns involve the instructor of record, I'm uncomfortable creating new video imagery that would expose my face. I'm requesting the following supportive measures:

- Permission to submit camera-optional alternatives (e.g., audio-only intro and narrated slides for presentations).

- Restricted access to any recorded/submitted materials (viewable only by a neutral grader/administrator), no downloads/redistribution, and deletion after grading.

- If identity verification is needed, allow a brief private Zoom with your office or the Associate Dean instead of sharing my video with the involved faculty.

**Access to 10/20/2025 class recording:**

Please arrange my access to the October 20, 2025 Zoom recording and chat transcript for my records and to support my report.

**Temporary hold on intro video:**

Pending my meeting with Equity/Compliance to confirm the supportive measures above, I request a pause/extension on the pre-recorded introductory video requirement. I will submit an approved, privacy-protective format immediately after we receive written guidance.

Thank you for helping ensure I can complete the course safely.

Sincerely,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

--------- Forwarded message ---------
From: **Le, Thanh** <thanh.le.445@my.csun.edu>
Date: Fri, Oct 24, 2025 at 9:57 PM
Subject: Re: MPA 632E requirement
To: Palasani-Minassians, Henrik <henrik.minassians@csun.edu>
CC: Cai, Yi <yi.cai@csun.edu>, Rosenthal Dieken, Jane <jane.rosenthal@csun.edu>, Palasani-Minassians, Henrik <henrik.minassians@csun.edu>

Hi,

Thank you for approving asynchronous participation for this course. Limiting the accommodation to one class, **however, would effectively force me out despite being in good standing and completing all assignments on time.**

Your own program page advertises "Work-Friendly Scheduling" in a fully online format that provides "significant flexibility to complete course work at times and in places that fit your schedule."

https://tsengcollege.csun.edu/programs/mpa/nonprofit-sector-management

That is the commitment I relied on when enrolling. A hidden, fixed weekly live-attendance requirement across all courses contradicts those published representations.

If the program intends to require a fixed live 3 hours block each week across all courses, then I request that you promptly correct the public page and brochure to disclose that requirement, so future students can plan accordingly.

Best regard,

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

On Fri, Oct 24, 2025 at 9:19 PM Palasani-Minassians, Henrik <henrik.minassians@csun.edu> wrote:

Greetings Thanh,

I hope this message finds you well. I wanted to inform you that I have spoken with Dr. Schockman, the Associate Dean of the Tseng College, and  Dr. Jane Dieken, the Director of Distance Learning, and the instructor of record regarding your request for MPA 632E. I am pleased to inform you that we will accommodate your request to attend classes asynchronously for the duration of this course. However, to ensure fairness to the rest of the student body at CSUN, we won't be able to extend this accommodation beyond this course.

Dr. Schockman has agreed to your attending MPA 632E asynchronously. As part of this arrangement, your first assignment, which applies to all class members, is to introduce yourself. Additionally, in the later weeks, you will need to submit an oral strategic plan as outlined in the syllabus. While you are allowed to attend the class asynchronously, you must submit a pre-recorded Zoom session for the introductory session and a pre-recorded class presentation according to the schedule set by the faculty. This approach provides you with the requested flexibility while ensuring fairness to the other 25-plus students in the class. In order to submit your class requirement via zoom (without of a video) I am cc'ing Dr. Jane Rosenthal, the director of the distance learning unit. They can assist you with recording and uploading the required assignment ( assigned to all students and required by the faculty of record).

So, we have met and fulfilled the needed adjustments in order to make sure that you are receiving an equitable educational experience requested by you for this particular course. We have reviewed all the recordings and we want to make sure that we are completely supportive of you, as an MPA student, and we are here to support you.

Please feel free to reach out to me. Thank you for your willingness to reach out to me.

Best regards,
Henrik Palasani-Minassians

**Regards,**

**Henrik P. Minassians, Ph.D.**
- Academic Director, CSUN Master of Public Administration Program **&**
- Professor, Urban Studies and Planning/Public Administration and Policy **&**
- Academic Director, CSU5 Reconnection Los Angeles Youth Institute (ReLAY)

# California State University Northridge

18111 Nordhoff St.

Northridge, CA 91330-8259 or 8365

(818) 677-5115

https://tsengcollege.csun.edu/programs/MPA

https://www.csun.edu/social-behavioral-sciences/urban-studies-planning

https://relayinstitute.org

https://tsengcollege.csun.edu
https://relayinstitute.org

 

**From:** **Alvarez, Bianca** bianca.alvarez@csun.edu
**Subject:** Intake follow up email
**Date:** November 7, 2025 at 2:56 PM
**To:** thanh.le.445@my.csun.edu

Dear Thanh,

I hope you are doing well today. Thank you for meeting with me on 11/7/2025 to report your concerns to our office. I am reaching out to you because our office is in the process of reviewing your reported concerns so we can determine how we will address this matter under the CSU Nondiscrimination Policy. Part of this review process includes our office providing you with the notes from your meeting for your review and feedback. I have attached the notes from our meeting to this email for your review. They are not meant to be a verbatim record of our meeting, but they should be accurate. Please review these notes and let me know if you feel anything included in the notes needs to be corrected.

*We ask that you confirm whether the information contained in these notes is accurate by end of day 11/14/2025. If we do not hear from you by end of day on 11/14/2025, our office will assume the information included in the attached summary is correct, and we will move forward with our review process.* If you need additional time to review the notes and provide feedback, let me know and we can extend the deadline above as needed. Once our office has completed our review of the information you reported, a representative from our office will reach out to you to provide you with an update on how this matter will be addressed. Additionally, as we discussed, I am writing to share information about the resources available at CSUN and in the community and the supportive measures provided by the Office of Equity and Compliance (OEC). During our meeting, you requested the supportive measures listed below. If you have additional requests for supportive measures, I have copied our department email (equityandcompliance@csun.edu) to this email communication, so our office can assist with facilitating any future supportive measure requests.

I have attached the following documents:

- I have attached the notes from our meeting for your review
- I have attached a document titled "Referral Sheet" which includes a variety of community-based resources (legal, counseling, housing, etc.)
- I have provided a link (here) to the CSU Nondiscrimination Policy that governs our office's processes.

**Supportive Measure Requests**

- During our meeting, you stated you wanted contact information for an advisor to discuss the requirements for the program to ensure you are meeting them. The contact for the program you can reach out to is Jonathan Clayden, jonathan.clayden@csun.edu, he may be able to better direct you to whom you need to speak to.

**Supportive Measures**

Supportive measures are available to all members of the CSUN community, and are available regardless of whether or not an investigation is initiated.  Supportive measures remain confidential except when it is not possible to maintain confidentiality in order to provide these measures.

Supportive measures may include:
- Counseling
- Extensions of deadlines or other course work related adjustments
- Modifications of work or class schedules
- Campus escorts
- No Contact Directives (not confidential)

- Mutual restrictions on contact between parties (not confidential)
- Changes in work or housing locations
- Leaves of absence
- Other similar measures

Additionally, please know you are welcome to contact our office at any time if you have any additional information to report, or if you have any requests for support. You can reply to this email or send a separate email to equityandcompliance@csun.edu to contact our office.

Please also feel free to reach out to me should you have any questions.

Best,
**<span style="color:red">Bianca Alvarez</span>**
**DHR/Title IX Investigator/ / Interim Equity and Compliance Manager for Academic Recruitment**
Office of Equity and Compliance |
(Tel) 818-677-2077 | (Fax) 818-677-4802
**Statement of Confidentiality:**  The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential information. If you are not the intended recipient, please notify the sender of this message immediately and destroy all copies of this message and any attachments. This email is not to be forwarded without the approval of the original sender. Thank you.

**Thanh Le intake 11-7-2025.docx**

**From:** **Borah, Joy** joy.borah@csun.edu  📎 🚩
**Subject:** RE: [HELP] Professors bullying student
**Date:** January 21, 2026 at 8:51 AM
**To:** thanh.le.445@my.csun.edu
**Cc:** Feucht-Haviar, Joyce A joyce.feucht-haviar@csun.edu, Cai, Yi yi.cai@csun.edu

Hello Thanh:

Thank you for sharing your concerns.

The Provost's Office works with the appropriate college dean to address student concerns.

Accordingly, Dean Feucht-Haviar is copied here; her office will follow up with you.

I wish you all the best in the resolution of your concerns.
Joy.

*Joy Borah, Ph.D.*
Vice Provost
-
*Office of the Provost & Vice President of Academic Affairs*
**CSUN** | California State University, Northridge
18111 Nordhoff St.
Northridge, CA 91330-8200
Valera Hall 220
Tel.: 818.677.2957
joy.borah@csun.edu
www.csun.edu

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Tuesday, January 20, 2026 9:46 PM
**To:** Academic Affairs <academic.affairs@csun.edu>
**Subject:** Fwd: [HELP] Professors bullying student

Hello,

I'm experiencing a high stress and loosing sleep over the past few days after I emailing Professor Lebowsky of MPA632F informing that I can't attend the live zoom sessions but I'm willing to rewatch the sessions and doing writing assignments as alternative but he declined and told me to choose between my job and this class.

The Academic Lead/ department chair was a rude person also when in the last semester, one of the professor inapproriately called me a ghost and asked for my gender. I called him out and the academic lead penalized me that they won't allow me to do alternative assignments for missed online classes, meaning they are forcing me to withdraw out of the program.

This is wrong, they are wrong, they are collectively bullying me and forcing me to withdraw out of this program by myself and intentionally giving me failing grades.

This program was advertised as fully online, they never mentioned that attending live zoom sessions are mandatory and if a student cannot do it, they will be withdrawn. The last semester professor even threatening to withdraw me because I couldn't turn on my audio during the first online class.

I've never had this issue during my academic years.

They are wrong on so many levels. This is also my consumer rights to know what is going on with this MPA department. If I failed and cannot get my degree on time. Will they reimburse the tuitions and fees that I've paid over the last 3 semesters?

Please help!

Thanh Le
Thanh.le.445@my.csun.edu

---------- Forwarded message ---------
From: **Le, Thanh** <thanh.le.445@my.csun.edu>
Date: Tue, Jan 20, 2026 at 9:26 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Cai, Yi <yi.cai@csun.edu>

Hello,

I already contacted the DRES office explaining my situation. However, my doctor appointment is on Thursday next week.

I didn't attend the zoom session today because of work and went home with a notification of 0 grade for virtual class.

At this point, I'm thinking that they purposefully penalized me by failing my grade.

This MPA department clearly was wrong from the last semester encounter when the professor inappropriately called me a ghost and asking for my gender. I've never received an apologize from that professor neither. He intentionally gave me lower grade until I brought that up to you and the Title IX office.

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu


On Mon, Jan 19, 2026 at 11:59 AM Cai, Yi <yi.cai@csun.edu> wrote:

Hi, Thanh,

Thank you for letting me know how this is affecting you, I am sorry to hear about that. Please don't worry about reaching out during the weekend, your well-being is important.

I've already contacted the Academic Lead to discuss how we can be support you while this is being reviewed. I'll follow up with you as soon as I have more clarity.

Please see the contact information for CSUN DRES Office, they can guide you on submitting a doctor's note and on any temporary or longer-term accommodations that may be appropriate.

**Disability Resources and Educational Services (DRES)**
Website: https://www.csun.edu/dres
Phone: (818) 677-2684
Email: dres@csun.edu

If you feel you need additional support right now, you may also consider reaching out to **University Counseling Services** (contact information here: https://www.csun.edu/counseling), which provides confidential support to students navigating stress and anxiety.

Please take care of yourself, and don't hesitate to reach out if things feel overwhelming or if you have questions about next steps.

Take care,

Tom

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Date:** Sunday, January 18, 2026 at 7:26 PM
**To:** Cai, Yi <yi.cai@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Hi Mr. Cai,

Thank you for your quick attention to the concerns I forwarded earlier. Also, I want to sorry if I bother you during the weekend.

However, I am writing to share an update because this situation is now affecting my health and ability to function academically.

This ongoing matter involving last semester's professor, the email chains I have received from the program's Academic Lead that I perceive as harassment, and my encounter this afternoon with Professor Lebowsky have significantly increased my anxiety. After receiving Professor Lebowsky's email, I experienced a noticeable stress response, including brain fog and increased blood pressure symptoms. Because of this, I am now having to schedule an appointment with my doctor to be evaluated and to obtain medical documentation if appropriate.

Could you please provide me with the correct email address (and/or the appropriate contact person) for the Student Accessibility/Disability Services office so I can submit a doctor's note and request accommodations? I want to follow the proper process and make sure any documentation goes to the correct office.

In the meantime, if there is an interim step you recommend to protect my academic standing while this is being reviewed (especially given the significant participation component of the course), I would appreciate your guidance.

Thank you again for your support.

Sincerely,

Thanh Le.

On Sun, Jan 18, 2026 at 6:32 PM Cai, Yi <yi.cai@csun.edu> wrote:

> Good evening Thanh,
>
> Hope all is well. I am sorry to hear about your concerns with the class. Please allow me to look into this and connect with the Academic Lead and the professor and see how we can support.
>
> Will be in touch soon.
>
> Take care,
>
> Tom
>
> _____
>
> **From:** Le, Thanh <thanh.le.445@my.csun.edu>
> **Date:** Sunday, January 18, 2026 at 1:45 PM
> **To:** Cai, Yi <yi.cai@csun.edu>
> **Subject:** Fwd: MPA 632F — Unable to Attend Live Evening Zoom Sessions
>
> Good afternoon Mr. Cai,
>
> This is related to what I had discussed with you last semester about my concern of a professor retaliation against me by not allowing me to do alternative assignments to make up points.
>
> Even though, I have discussed in a nice way with professor Lebowsky, he seemed not understanding. In his syllabus, he clearly stated doing alternative assignments for missed zoom meetings. I attached his syllabus here.
>
> By this retaliation, they are clearly forcing me to drop out of this program. I have already paid tuition and fees over the last 3 semesters.
>
> Please help me on this matter.
>
> Thank you,
>
> Thanh Le
> CSU-Northridge
> Thanh.le.445@my.csun.edu

---------- Forwarded message ---------
From: **Lebowsky, Brad S** <brad.lebowsky@csun.edu>
Date: Sun, Jan 18, 2026 at 1:35 PM
Subject: Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions
To: Le, Thanh <thanh.le.445@my.csun.edu>


I realize we all have to work and you want to do your best but if I make an exception for you, I must make it for everyone. Therefore, my curriculum and grading policy stands. You should also realize that you will not learn from this class without live participation. You're making an investment with your education, I suggest you get the most out of it by finding classes that fit your work schedule.


Brad Lebowsky, MBA

Faculty

**Master of Public Administration Program**

California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu

| Error! Filename not specified. |
|---|

_____

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:29:24 PM

**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

I understand your way of grading. But, the meeting schedule is really conflict with my work schedule. Is there any possible way for me to make up those participation points?

Please let me know.

Thanks,


Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu


On Sun, Jan 18, 2026 at 1:25 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> The virtual form is the classroom not anywhere else. I call on all students to respond live, therefore not being in class means no points.
>
> Brad Lebowsky, MBA

Brad Lebowsky, MBA

Faculty

**Master of Public Administration Program**

California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu

Error! Filename not specified.

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:23:15 PM
**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** Re: MPA 632F — Unable to Attend Live Evening Zoom Sessions

Hi professor,

Thank your for your fast reply.

For weekly meeting, I'll watch the Virtual Classroom recording and post my comment in the Virtual Classroom forum for participation points per the syllabus guideline.

I already picked topic 5 for classroom presentation. I'll try my best to attend that week. But if not, could I do a pre-recorded presentation and you can stream it to the class?

Thank you,


Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu


On Sun, Jan 18, 2026 at 1:15 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> Hi Thanh,
>
> Per the syllabus, participation is a third of your grade. The classroom presentation is another large portion of your grade. If you cannot participate in our lives Zoom sessions, I am not sure you will pass the class.
>
> Brad Lebowsky, MBA
>
> Faculty
>
> **Master of Public Administration Program**
>
> California State University Northridge

18111 Nordhoff Street

Northridge, CA  91330-8256

T: 503-490-0930

E: Brad.Lebowsky@csun.edu



**From:** Thanh Le <thanh.le.445@my.csun.edu>
**Sent:** Sunday, January 18, 2026 1:04:13 PM
**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Subject:** MPA 632F — Unable to Attend Live Evening Zoom Sessions

Dear Professor Lebowsky,

I hope you are doing well. I'm writing to let you know that, due to my current work schedule, I am unable to attend the live evening Zoom sessions because my shift conflicts with the class meeting time.

Even though I cannot be present live, I want to reassure you that I will remain fully engaged in the course. I will watch the recorded sessions each week, complete the Virtual Classroom forum requirements, and submit all assignments on time in accordance with the syllabus and course expectations.

 Thank you for your understanding.

Sincerely,

Thanh Le

MPA 632F

**From:** **Cattani, Jessica** jessica.cattani@csun.edu  🖉 🚩
**Subject:** DRES - Registering Accommodations Process
**Date:** January 21, 2026 at 3:03 PM
**To:** thanh.le.445@my.csun.edu

Hello Thanh,

Thank you for contacting DRES for assistance with registering your accommodations with our office.
I hope this email finds you well today.

If you choose to register with our office to look into academic accommodations to access at CSUN, here are the directions below.

**How to Register with DRES?**
1.     Log-in to SAAS using your CSUN User ID (i.e., abc12345) and CSUN Portal password.
       **Note:** Your CSUN User ID is not the same as your Nine-digit CSUN Student ID Number.
2.     Review and accept the Terms of Service
3.     Complete Preliminary Screening Questions to the best of your ability and submit your responses.
4.     Respond to a series of more detailed questions, so that we can learn more about the nature of your request.
5.     Submit your disablity documentation
6.     Once you application is complete and documentation has been provided, DRES will contact you to set up a one hour intake meeting with one of our DRES Counselors.
7. If you are not able to log into the SAAS system to complete the application process, please contact the front office at **818-677-2684.**

Since you had also shared concerns regarding bullying and harassment, I am including a few other resources on campus for further assistance and support.

Grade Appeal Process
- In your appeal request, be clear about your situation. You may seek additional support through the Program Director as well, Henrik Minassians.

- For additional assistance in the submission of a complaint is available in the Office of the Vice President for Student Affairs located in University Hall, Suite 310. You may contact the office by phone at (818) 677-2391 (V/TTY) or by email to william.watkins@csun.edu.  The complaint process can also be viewed on-line at http://www.csun.edu/studentaffairs/forms/appeals.htm

**Office of Equity and Compliance**
- Reporting Title IX, discrimination, harassment, and retaliation

   ·   **Equity and Compliance**

- La Shonda Coleman; AVP for Equity and Compliance
- Campus Store Complex (CSC)
  Room 220
  18111 Nordhoff Street
  Northridge, CA 91330-8311
- Staff Directory
- **Phone:** (818) 677-2077
- Send email

## University Counseling Services

- Individual and group counseling
- UCS services are **free, confidential, and accessible. To schedule a new or returning appointment**
  - Visit our Appointments page
  - Call (818) 677-2366, option 1
  - Come by our office; Bayramian Hall, 5th floor, room 520

Continue to take care,

**Jessica Cattani, MA**
**(She/Her/Hers)**
Accommodation Specialist

**DRES - Disability Resources and Educational Services**
Strengths: Empathy, Developer, Achiever, Belief, Positivity

Disability Resources and Educational Services
California State University, Northridge
18111 Nordhoff Street
Northridge, CA 91330-8264
Bayramian Hall 110

P: (818) 677 – 3879 I F: (818) 677 – 4932
E: jessica.cattani@csun.edu I W: www.csun.edu/dres



*Statement of Confidentiality*
*This email, and any attachments, thereto, is intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited.*
*Thank you.*

**From:** **Office of Graduate Studies** graduate.studies@csun.edu 🚩
**Subject:** Academic Affairs
**Date:** January 22, 2026 at 12:26 PM
**To:** thanh.le.445@my.csun.edu

Hello,

Academic Affairs forwarded your email regarding your experiences in your program and faculty. We recommend you speak to your graduate chair regarding this, and work your way up the chain of command. Because this is a departmental issue, it would be best to find a solution within the department. As a neutral office, we would not be able to get involved.

Hope this helps! Please let me know if you have any other questions.

Kind Regards,
Taylor Leigh Briones
Student Assistant
Office of Graduate Studies

**From:** **Le, Thanh** thanh.le.445@my.csun.edu
**Subject:** Re: T2602-2708 has been updated - Re: FW: Review case study #3. Request feedback on case study #1 and #2
**Date:** February 20, 2026 at 8:31 AM
**To:** student affairs student.affairs@csun.edu

Hello,

Where is the full class recordings?

This matter is going to court at this point.

Provide the full version of it to me as soon as possible.

Thanks.

On Wed, Feb 18, 2026 at 10:01 AM student affairs <student.affairs@csun.edu> wrote:

> Received.  Thank you.
>
> Robin
>
> ---
>
> **From:** Le, Thanh <thanh.le.445@my.csun.edu>
> **Sent:** Wednesday, February 18, 2026 9:48 AM
> **To:** student affairs <student.affairs@csun.edu>
> **Subject:** Re: T2602-2708 has been updated - Re: FW: Review case study #3. Request feedback on case study #1 and #2
>
> See attached and reply here to confirm receipt.
>
> On Wed, Feb 18, 2026 at 9:40 AM student affairs <student.affairs@csun.edu> wrote:
>
>> Good morning.  Attached is a request for student records access form which allows you to view your records under FERPA.  Once received your request will be reviewed and we'll let you know what is available to you.
>>
>> Thank you for your patience,
>>
>> Robin Ferguson
>>
>> Office of the Vice President for Student Affairs
>>
>> ---
>>
>> **From:** Le, Thanh <thanh.le.445@my.csun.edu>
>> **Sent:** Wednesday, February 18, 2026 8:44 AM
>> **To:** student affairs <student.affairs@csun.edu>
>> **Subject:** Re: T2602-2708 has been updated - Re: FW: Review case study #3. Request feedback on case study #1 and #2
>>
>> Hello,
>>
>> I requested a record release where the instructor was referring me as a ghost.
>>
>> Why no one answer me? You want to cover this thing up?
>>
>> Those instructors are bullying me and wanting me to be a ghost.
>>
>> Release the recorded session to me right now.

On Tue, Feb 17, 2026 at 1:05 PM Le, Thanh <thanh.le.445@my.csun.edu> wrote:

Thanh Le
CSU-Northridge
Thanh.le.445@my.csun.edu

---------- Forwarded message ---------
From: **Le, Thanh** <thanh.le.445@my.csun.edu>
Date: Tue, Feb 17, 2026 at 1:04 PM
Subject: Fwd: T2602-2708 has been updated - Re: FW: Review case study #3. Request feedback on case study #1 and #2
To: Watkins, William C <william.watkins@csun.edu>

Hello,

I'm requesting a records release for the recorded class session on October 21, 2025.

Thanks

Thanh Le.

---------- Forwarded message ---------
From: **Support** <support@csun.edu>
Date: Tue, Feb 17, 2026 at 1:01 PM
Subject: T2602-2708 has been updated - Re: FW: Review case study #3. Request feedback on case study #1 and #2
To: thanh.le.445@my.csun.edu <thanh.le.445@my.csun.edu>

## T2602-2708

### Dear Thanh Le,

> So, you can't retrieve the trimmed part?

Kind regards,

IT - Faculty Technology Center
818-677-3443
support@csun.edu
www.csun.edu/it/need-help

[csun.topdesk.net](csun.topdesk.net)

From: **department, equityandcompliance** equityandcompliance@csun.edu 🚩
Subject: Re: Recorded session cut off, Title IX complaint
Date: February 12, 2026 at 11:35 AM
To: Le, Thanh thanh.le.445@my.csun.edu
Cc: President's Office president@csun.edu, Cai, Yi yi.cai@csun.edu, Schockman, H E e.schockman@csun.edu

Hello Thanh,

Thank you for your emails. Our office is in receipt of your email communications. A representative of our office will be contacting you directly with an update once the review of your requests has been completed.

Thank you,

**Allison Sekuler**
**Program and Case Manager, Equity and Compliance**
Office of Equity and Compliance |
(Tel) 818-677-2077 | (Fax) 818-677-4802

*On-Campus Safety Resources:*

**CSUN Department of Police Services**
We urge you to contact the CSUN Department of Police Services (DPS) by phone (or in-person if needed) if you have any immediate safety concerns. You have the right to, but are not required to, report to law enforcement any allegations that could constitute criminal behavior. You can contact DPS by phone, either by dialing 911 or (818) 677-2111 if you have any safety concerns or wish to make a report.

**Matador Patrol - Call Us For a Safety Escort**
Matador Patrol provides free personal safety escorts for students, faculty ,staff, and visitors from Monday-Thursday from 7:00 p.m. to 10:30 p.m. during the Fall and Spring semesters. You can request a safety escort by calling 818-677-5042 or 818-677-5048. *NOTE: If Matador Patrol is not in service or not available, call the CSUN Department of Police Services at (818) 677-2111 for a safety escort. A police officer is available after 10:30 p.m. and all other times when the Matador Patrol is not on duty.*

**Emergency Blue Light Phones** Emergency blue light phones and TTY call boxes are located throughout campus. You may find a map at bluelights.pdf (csun.edu)

**CSUN Safe App**
The CSUN Safe App is free and available to download on Apple's App Store or Google Play. The app's features include one-button access to text 9-1-1 and the "Mobile BlueLight" feature, which gives users on campus direct contact to Police Services' emergency dispatchers, and automatically shares the location (provided that geolocation access is shared on users' phones). In addition to emergency assistance, there are a variety of helpful resources in the app, including easy access to the following:

- "WeTip": anonymously report criminal activity either online or over the phone.
- Campus Maps and Transportation: navigation support with building locations,

housing and Metrolink shuttle routes.
- Emergency Procedures: simple, step-by-step directions on what to do in emergency situations, such as an earthquake, fire, hazardous spills or active threat.
- Campus Health Care Providers: including the Student Health Center and University Counseling Services

*On-Campus Support Resources:*

## University Counseling Services
University Counseling Services are also made available to you while you are a student at CSUN. UCS offers free, confidential services to students. These services include in-person and telehealth mental health services provided remotely by phone and Zoom Health (video conferencing). If you are seeking counseling or psychiatry services, UCS can be reached by phone. Please call (818) 677-2366 (select Option 1) and leave a message to schedule an appointment with a counselor.

- If you are in crisis and need to speak to a counselor immediately, 24/7 crisis/urgent care services are always available by phone: Monday through Friday, 8 am – 5 pm, please call (818) 677-2366, option 1, or walk-in to our office (Bayramian Hall, 5th floor, room 520). *All other days/times, please call (818) 677-2366, option 3*.

*Community Resources:*

## Crisis Text Line:
Crisis Text Line provides free, 24/7, high-quality text-based mental health support and crisis intervention by empowering a community of trained volunteers to support people in their moments of need. Crisis Text Line: **Text HOME to 741741**

CONFIDENTIALITY NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is directly addressed. It may contain information that is confidential and prohibited from disclosure. Any retransmission, dissemination or other use of the information by persons other than the intended recipient or entity is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return e- mail and delete this message, along with any attachments, from your computer.

---

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Thursday, February 12, 2026 8:23 AM
**To:** department, equityandcompliance <equityandcompliance@csun.edu>
**Cc:** President's Office <president@csun.edu>; Cai, Yi <yi.cai@csun.edu>; Schockman, H E <e.schockman@csun.edu>
**Subject:** Fwd: Recorded session cut off, Title IX complaint

To the case manager,

On Canvas, I checked the recorded session on October 21, 2025, first class meeting with the instructor Eric H Schockman, copied here.

At the end of the meering, the discrimination and threatening happened and that part was recorded.

However, when I re-watched it yesterday, **the recorded session was cut off.**

May you investigate further into this?

I emailed them yesterday and no one cares to answer apparently.

Thanh Le.


---------- Forwarded message ---------
From: **Thanh Le** <thanh.le.445@my.csun.edu>
Date: Wed, Feb 11, 2026 at 7:47 PM
Subject: Re: Complaint and Lawsuit
To: Cai, Yi <yi.cai@csun.edu>, President's Office <president@csun.edu>, H E Schockman <e.schockman@csun.edu>
CC: Watkins, William C <william.watkins@csun.edu>, Borah, Joy <joy.borah@csun.edu>, DRES <sdr@csun.edu>, Feucht-Haviar, Joyce A <joyce.feucht-haviar@csun.edu>, Villalpando, Alberto <alberto.villalpando@csun.edu>


Hello instructor Schockman,


I was enrolled in your class last semester. The first zoom meeting is on October 21, 2025. At the end of this meeting, there were only you and I talking about my technical problems with zoom. At the very end of the session, you asked for my gender because you could not tell by my name. I answered you via the chat feature. You then threatened to discuss with your colleagues about me and threaten to withdraw me if I don't resolve my technical issue by the second meeting.

However, I checked the recorded session you posted on Canvas and that part at the very end was cut off.

***Can you explain to everyone in this email why that part was cut off?***

You also realized that I filed a Title IX complaint because of your discrimination towards me, then why cut that part of?




> On Feb 11, 2026, at 7:29 PM, Thanh Le <thanh.le.445@my.csun.edu> wrote:
>
> Hello,
>
>
> I want to raise another concern that the recorded zoom session from last semester with Eric H. Shockman was cut the part at the end where he questioned my gender. I want a full recorded session posted on Canvas by the end of this week.
>
> If he did nothing wrong, then why hide that part out?
>
>
>
>
>> On Feb 9, 2026, at 1:25 PM, Le, Thanh <thanh.le.445@my.csun.edu> wrote:
>>
>> This correspondence constitutes a formal legal demand regarding the conduct of the Master of Public Administration (MPA) program within Tseng College and the Disability Resources and Educational Services (DRES) office.
>>
>> I allege the following unlawful and discriminatory actions:
>>
>> 1. Gender-based discrimination and threatening conduct by a professor, resulting in severe emotional distress.
>>
>> 2. Retaliatory harassment by the department chair following my complaint to the Title IX Office, further compounding emotional harm.
>>
>> 3. Failure by college Deans to timely or adequately investigate and resolve these matters, allowing continued harm.
>>
>> 4. Refusal by a professor to provide disability accommodations required under the Americans with Disabilities Act (ADA), including denial of alternative assignments and imposition of unfair grading.
>>
>> 5. Misrepresentation of the accessibility and structure of the program's online format.
>>
>> 6. Failure of Tseng College and DRES to respond within a reasonable timeframe, with delays exceeding three weeks.
>>
>> 7. Material concerns regarding the accuracy of an instructor's stated professional qualifications.
>>
>> These actions have caused substantial academic, financial, and emotional damages.
>>
>> Accordingly, I demand:
>>
>> - Immediate preservation of all records, emails, grading files, accommodation communications, and internal correspondence.
>>
>> - A formal written response addressing each allegation.
>>
>> - Corrective academic remedies, including grade review and accommodation compliance.
>>
>> - Compensation for damages suffered.
>>
>> If this matter is not resolved promptly, I am prepared to pursue all available legal remedies in state and federal court without further

notice.

Take accountability,

Thanh Le.

On Mon, Feb 9, 2026 at 8:53 AM Cai, Yi <yi.cai@csun.edu> wrote:
Good morning Thanh,

Hope all is well. Thanks for sharing your concerns. Please know that the university has a grade appeal process to help address grading concerns. You can find detailed information here: https://www.csun.edu/studentaffairs/student-support-services/academic-grievance-and-grade-appeal/agga-procedures.

With that said, my experience showed that the most effective and efficient way is direct communication between students and instructor. I would encourage you to continue communicating with your professor; if helpful, to request a conversation during the office hours so you can discuss the questions and concerns in real time.

In addition, as you continue to work with DRES, you may also wish to ask guidance from your DRES counselor on how to navigate academic concerns.

Take care,

Tom

Yi "Tom" Cai
Associate Dean
The Tseng College: *Graduate, International, and Midcareer Education*
**California State University, Northridge**
18111 Nordhoff Street, Northridge, CA 91330-8362
Office: EU 341
Phone: (818) 677-7372
Email: yi.cai@csun.edu
http://tsengcollege.csun.edu

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Friday, February 6, 2026 9:17 PM
**To:** Cai, Yi <yi.cai@csun.edu>; Watkins, William C <william.watkins@csun.edu>; Borah, Joy <joy.borah@csun.edu>
**Subject:** Fwd: Review case study #3. Request feedback on case study #1 and #2

Hi all,

This instructor cannot point out the policy in his syllabus where he mentions point deduction for going over maximum pages.

Is this legal?

---------- Forwarded message ---------
From: **Lebowsky, Brad S** <brad.lebowsky@csun.edu>
Date: Fri, Feb 6, 2026 at 9:15 PM
Subject: Re: Review case study #3. Request feedback on case study #1 and #2
To: Le, Thanh <thanh.le.445@my.csun.edu>

Hi Thahn,

There's no need to point it out. When you don't follow the prompt or the professor's instructions, there's no expectation to receive full points. That's why I spend time in session reviewing all expectations. When you don't attend or listen to sessions, you lose the ability to apply the course material properly.

Brad Lebowsky, MBA
Faculty
**Master of Public Administration Program**
California State University Northridge
18111 Nordhoff Street
Northridge, CA 91330-8256

T: 503-490-0930
E: Brad.Lebowsky@csun.edu
<image001.jpg>

**From:** Le, Thanh <thanh.le.445@my.csun.edu>
**Sent:** Friday, February 6, 2026 8:56:37 PM

**To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
**Cc:** Cai, Yi <yi.cai@csun.edu>; Watkins, William C <william.watkins@csun.edu>
**Subject:** Re: Review case study #3. Request feedback on case study #1 and #2

Sorry for the misunderstanding but I don't see that grading policy in the syllabus.

Do you mind to point that policy out?

On Fri, Feb 6, 2026 at 8:51 PM Lebowsky, Brad S <brad.lebowsky@csun.edu> wrote:

> This is covered in the Syllabus and in class sessions. If you listened to or attended any of our sessions, you would hear these instructions very clearly.
>
> Brad Lebowsky, MBA
> Faculty
> **Master of Public Administration Program**
> California State University Northridge
> 18111 Nordhoff Street
> Northridge, CA  91330-8256
> T: 503-490-0930
> E: Brad.Lebowsky@csun.edu
> <image001.jpg>
>
> **From:** Thanh Le <thanh.le.445@my.csun.edu>
> **Sent:** Friday, February 6, 2026 8:08 PM
> **To:** Lebowsky, Brad S <brad.lebowsky@csun.edu>
> **Cc:** Cai, Yi <yi.cai@csun.edu>; Watkins, William C <william.watkins@csun.edu>
> **Subject:** Re: Review case study #3. Request feedback on case study #1 and #2
>
> Hello,
>
> On the syllabus, I don't see the statement where it mentions "Remember that there is a 5 page maximum. Anytime you go over that maximum, you lose one point."
>
> Was that the reason why I only got 3/6 points for case study #2?       And, you didn't give any feedback for my assignment #2???
>
> > On Feb 5, 2026, at 6:38 PM, Thanh Le <thanh.le.445@my.csun.edu> wrote:
> >
> > <DRAFT CSUN MPA632E-Assignment#3-Thanh Le-2-7-26.pdf><CSUN

> <DRAFT CSUN MPA632F-Assignment#3-Thanh Le-2-7-26.pdf><CSUN MPA632F-Assignment#1-Thanh Le-01-24-26.pdf><CSUN MPA632F-Assignment#2-Thanh Le-01-31-26.pdf>
>
>
> Hello,
>
>
> 1. I didn't see any feedback for my case study #1 and #2. Those were graded 3/6 points. Do you mind to provide feedback on those two and explain why you graded 3 points for those two?
>
>
> 2. I attached the draft version of case study #3 here for your review and feedback before submitting it to Canvas. One of the classmate told me to do this.
>
>
>
>