UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LODGED

CLERK, U.S. DISTRICT COURT

FEB 20 2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____rsm_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**THANH LE**, Plaintiff,

v.

**CALIFORNIA STATE UNIVERSITY, NORTHRIDGE**, Defendant.

CASE NO: ___**2:26**-CV-02167-CAS-SP___

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Emergency Motion, the Court finds that Plaintiff has established a likelihood of success on the merits regarding her claims of Retaliation and Disability Discrimination, and that she will suffer irreparable harm to her health and academic standing absent immediate intervention.

**IT IS HEREBY ORDERED that:**

1. **OFFICE OF EQUITY AND COMPLIANCE (OEC) MANDATE:** The CSUN Office of Equity and Compliance shall immediately initiate a formal investigation into Plaintiff's claims of Title IX retaliation and harassment. The OEC is further ordered to implement **Supportive Measures**—effective immediately—to protect Plaintiff's academic environment from further adverse actions by Defendants Minassian, Lebowsky, and Schockman.

2. **DRES ACCOMMODATION MANDATE:** The Disability Resources and Educational Services (DRES) office shall immediately authorize and communicate to all of Plaintiff's current instructors the following mandatory accommodations:

   • **Asynchronous Participation:** Plaintiff shall be permitted to fulfill all "participation" requirements via asynchronous discussion forums or written submissions.

   • **Pre-Recorded Presentations:** Plaintiff shall be permitted to submit pre-recorded video presentations in lieu of live/synchronous Zoom presentations.

3. **GRADING STAYS:** Defendant Brad Lebowsky, and any other instructor of record, is **ENJOINED** from penalizing Plaintiff's grade for lack of "Live" attendance or "Live" participation. The grading rubric for Plaintiff shall be adjusted to re-allocate points from

1

"Live" sessions to "Asynchronous" metrics (Virtual Classroom Forum Posts) for the remainder of the Spring 2026 term.

4. **NON-RETALIATION:** Defendants are strictly prohibited from any further adversarial interrogations or communications with the Plaintiff regarding her medical necessity for these accommodations.

**IT IS SO ORDERED.**

Dated: February 20, 2026.